JS-6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM YOUNG, et al.,<br>Plaintiffs,<br>v.<br>CHARLES SCHWAB & CO, INC., et al.,<br>Defendants. | Case No. 8:25-cv-02271-MRA-MBK<br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that Defendants' Motions to Dismiss (Dkt. 11, 19, 30) are GRANTED and this action is DISMISSED with prejudice

Dated: August 14, 2026

HON. MÓNICA RAMÍREZ ALMADANI
UNITED STATES DISTRICT JUDGE